JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOYCE LESLIE, INC., et al., <br><br> Defendants. | Case No. 13-CV-02771-CAS (PTWx) <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE; THE COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT** |

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement, incorporated by reference herein, pursuant *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED:**

    1.    The parties shall comply with the terms of their settlement agreement entered into on May 30, 2014, the terms of which are incorporated by reference as if fully set forth herein.

    2.    By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

    3.    Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice.

    4.    Each party shall bear its own attorneys' fees and costs.

Dated:    June 23, 2014



Judge Christina A. Snyder
U.S. DISTRICT COURT JUDGE